ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIRK ROBERT LILLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUSTODY ASSISTANT DALEY,<br><br>　　　　Defendant. | Case No. CV 10-03468 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Court's concurrently filed Order.

DATED: December 27__, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE